## MOTION DOCKET

**86–1499.** State v. Sowell. *Hamilton County,* No. C–830835. On motion to set execution date. Motion granted.

**90–795.** State, ex rel. Freeman, v. Morris. *Scioto County,* No. 90CA1875. On motion for extraordinary writ. Motion denied.